FILED: September 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2006
(2:20-cv-00014-JPJ-PMS)

_____

MELINDA L. SCOTT

            Plaintiff - Appellant

v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON

            Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Big Stone Gap |
| Originating Case Number | 2:20-cv-00014-JPJ-PMS |
| Date notice of appeal filed in originating court: | 09/13/2021 |
| Appellant(s) | Melinda Scott |
| Appellate Case Number | 21-2006 |
| Case Manager | Ashley Brownlee 804-916-2704 |