FILED: September 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2006
(2:20-cv-00014-JPJ-PMS)

_____

MELINDA SCOTT

       Plaintiff - Appellant

v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON

       Defendants - Appellees

_____

O R D E R
_____

The court denies the motion to suspend the briefing schedule in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk