**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 24, 2021

_____

RESPONSE REQUESTED

_____

No.    21-2006,          Melinda Scott v. Wise County Department of Social
                         Services
                         2:20-cv-00014-JPJ-PMS

TO:    Melinda L. Scott

RESPONSE DUE: 10/08/2021

Response is required to the motion to dismiss appeal and for summary affirmance
on or before 10/08/2021.

Ashley Brownlee, Deputy Clerk
804-916-2704