FILED: October 6, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2006
(2:20-cv-00014-JPJ-PMS)

_____

MELINDA SCOTT

         Plaintiff - Appellant

v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON

         Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal response brief to 11/12/2021. Any further request for an extension of time in which to file the informal response brief shall be disfavored.

                               For the Court--By Direction

                               /s/ Patricia S. Connor, Clerk