# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 6, 2021

_____

RESPONSE REQUESTED

_____

No.   21-2006,       <u>Melinda Scott v. Wise County Department of Social Services</u>
                    2:20-cv-00014-JPJ-PMS

TO:   Melinda L. Scott

RESPONSE DUE: 10/18/2021

Response is required to the supplemental motion to dismiss appeal on or before 10/18/2021.

Ashley Brownlee, Deputy Clerk
804-916-2704