IN THE FOURTH CIRCUIT
COURT OF APPEALS

MELINDA SCOTT,         )
                       )
APPELLANT.             )
                       )
V.                     )        Case No. 21-2006
                       )
WISE CO. DSS,          )
ET AL.,                )
                       )
APPELLEES.             )

## MOTION TO SEAL

COMES NOW, the Appellant, Melinda Scott, and states the following:

1. On December 18, 2020 Appellant Scott brought it to the district court's attention that: (a) as an extension of the Cyberstalking directed at Appellant Scott from KiwiFarms.net, the website owned by Appellee Joshua Moon, (b) the images of postmarks on envelopes which have physical location markers which were sent to the courthouse from Appellant Scott, and, that were accessible from the court's public record system (c) were being scanned onto the website KiwiFarms.net to (d) put the Appellant under surveillance

with the intent to harass, intimidate and cause distress to Appellant Scott.

2. In response, on December 28, 2020, the Fourth District court for the Western District of Virginia ordered the Clerk of the court to not file electronically any envelope of Appellant's Scott's sent to the courthouse as it had "information that could be used to identify the plaintiff's physical location" (ECF/docket #46).

3. Since the filing of Appellant Scott's case in in the Fourth Circuit Court of Appeals, the same manner of conduct by users of KiwiFarms.net has been repeated. Since 9/30/21, users of KiwiFarms.net have downloaded images of the postmark on envelopes being sent to the Fourth Circuit Court of Appeals from Appellant Scott. The images are then being uploaded to the website KiwiFarms.net to put Appellant Scott under surveillance with the intent to harass, intimidate and cause distress to Appellant Scott.

WHEREFORE, Appellant Scott, petitions this court to seal any envelope sent to the Fourth Circuit Court of Appeals to prevent any further incidence of cyberstalking *or* use of postmarks and public court record images to be used to

track Appellant Scott's physical location in an inappropriate manner, such as described above.

RESPECTFULLY,

*[signature]*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87 (VA ACP address)

Richmond, VA 23218

540-692-2342

mscottw@gmu.edu

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this MOTION TO SEAL to Counsel for the Defendant, Matthew D. Hardin, VSB #87482, 1725 I Street NW, Suite 300, Washington, D.C., 20006, and at matthewdhardin@gmail.com; and to Counsel for the Defendant Wise County Department of Social Services, Christopher Dadak, Guynn & Waddell PC, 415 S College Ave, Salem, VA 24153, and at christopherd@guynnwaddell.com, on this _____ day of OCT., 2021.

SIGNED,

_____
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu

Melinda Scott
PO BOX 1133
Richmond, VA 23218

Fourth Cir. Court of Appeals
Clerk
Lewis F. Powell Jr. Courthouse Annex
1100 E. Main St., Ste. 501
Richmond, VA 23219

INSPECTED
OCT 07 2021

KNOXVILLE TN 377
04 OCT 2021 PM 4

23219-353826