# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MELINDA SCOTT, <br><br> Appellant, <br><br> v. <br><br> WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, *et al.*, <br><br> Appellees. | 4th Cir. Case No. 21-2006 <br><br> Va. W.D. Case No. 2:20-cv-14 |

## DECLARATION OF JOSHUA MOON

NOW COMES Joshua Moon, and states as follows:

1) My name is Joshua Moon. I am an adult citizen of the United States and Competent to testify to the matters set forth below based on my personal knowledge and, where specified, based upon my knowledge as the custodian of records for www.KiwiFarms.net ("the Kiwi Farms").

2) I am one of the defendants in this matter in the District Court and one of the Appellees in the Circuit Court. I am represented by Matthew Hardin, my attorney.

3) On October 13, 2021, I signed (and my attorney filed) a declaration with the District Court in this matter. That declaration is found at ECF No. 91. A true and correct copy of that declaration is attached hereto as Exhibit A.

4) On October 22, 2021, I signed (and my attorney filed) a declaration with the District Court in this matter. That declaration is found at ECF No. 99. A true and correct copy of that declaration is attached hereto as Exhibit B.

5) I hereby incorporate by reference and reaffirm the accuracy of the declarations attached as Exhibit A and Exhibit B.

6) Further I say nothing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 11, 2021

_____
Joshua Moon