# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MELINDA SCOTT,<br><br>                        Appellant,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, *et al.*,<br><br>                        Appellees. | **4th Cir. Case No. 21-2006**<br><br>**Va. W.D. Case No. 2:20-cv-14** |

## DECLARATION OF COUNSEL

NOW COMES Matthew D. Hardin, Counsel for Defendant Joshua Moon, and states as follows:

1. I represent Joshua Moon in the above-captioned matter.

2. In the instant appeal, I have billed my client $300 per hour. I have logged 6.4 billable hours for work in this Court. I have endeavored to bill as little as possible given the nature of the appeal and my client's desire to contain costs, and I have waived billing for matters not specifically set forth below.

3. The above-referenced billable hours break down as follows:

    a) Draft and file Informal Brief: 5.2 Hours

    b) Draft and File First Motion to Dismiss: 0.3 hours

    c) Draft and File Motion to Suspend Briefing: 0.2 hours

d) Draft and file Reply in Support of First Motion to Dismiss: 0.2 hours

   e) Draft and File Second Motion to Dismiss: 0.3 hours

   f) Draft and File Reply in Support of Second Motion to Dismiss: 0.2 hours

4. I have excluded from the above calculations time spent on any document filed with the District Court and time spent conferring with my client.

5. Further I say nothing.

I declare that the foregoing is true to the best of my knowledge and belief and under penalty of perjury within the meaning of Va. Code §8.01-4.2 and 28 U.S.C. §1746.

Dated: November 12, 2021

/s/ Matthew D. Hardin
Matthew D. Hardin
*Counsel to Joshua Moon*