# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 15, 2021

_____

RESPONSE REQUESTED

_____

No. 21-2006, <u>Melinda Scott v. Wise County Department of Social Services</u>
2:20-cv-00014-JPJ-PMS

TO: Melinda L. Scott

RESPONSE DUE: 11/29/2021

Response is required to the motion for attorney's fees on or before 11/29/2021.

Ashley Brownlee, Deputy Clerk
804-916-2704