# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 15, 2021

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   21-2006,   Melinda Scott v. Wise County Department of Social Services
2:20-cv-00014-JPJ-PMS

TO:   Joshua Moon

REQUESTED FORM(S) DUE:  November 18, 2021

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

| | |
|---|---|
| [ ] Docketing statement - Criminal or Docketing statement - Civil or Agency | |
| [X] Disclosure Statement | |
| [ ] Appearance of counsel [eFiler status required] | |
| [ ] Transcript order form | |

Ashley Brownlee, Deputy Clerk
804-916-2704