Re: Need to schedule a hearing in Case # 2:20CV14

*Exhibit 1, part 1*

mscottw <mscottw@masonlive.gmu.edu>
Wed 3/9/2022 3:40 PM

To:  <■■■@■■■.uscourts.gov>
Cc: matthewdhardin@gmail.com <matthewdhardin@gmail.com>; Matthew D. Hardin <matthewdhardin@protonmail.com>

I am receipt of your Voicemail and email regarding scheduling the hearings. Thank you.

Before I can respond fully, please advise whether or not Judge Jones will be overseeing the hearings. As I previously filed with the court, I do *not* consent to magistrate judge jurisdiction in the case (docket #88 and #94). I maintain a legal right to refuse magistrate jurisdiction under federal law under Federal Code 28 USC 636 (c) and (b)(4), and Local Rule 73. I do not consent to a magistrate judge presiding over the hearings.

Additionally, I am currently on bed rest for medical reasons due to ▮▮▮ I am ▮▮▮ and have been medically advised to be on bed rest. Then I will need ▮▮▮ ▮▮▮. I would need dates farther out in mid-June or July or later for hearings. Please advise if the court requires official documentation of my medical condition to postpone the hearings. If so, please advise what types are acceptable by the court.

Also, please be advised that if the court requires documentation from medical personnel before I submit it I will need to file/submit a Motion to Seal/Redact personal information BEFORE submitting the documentation due to the fact that opposing counsel's client and opposing counsel have repeatedly disclosed private and confidential information about my children and I on the internet.

This will also require me to file a "Motion for Leave to File" because Judge Jones already stated nothing else is to be filed (docket #112). Any filings of mine that were posted after docket #112 were already sent by postal mail before electronic entry of Judge Jones' Order to cease filings in the case.

Please also note that the Fourth Circuit Appeals court currently has jurisdiction of this case.

Thank you,
Melinda Scott

Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218
VA ACP address
mscottw@gmu.edu
540-692-2342

*Exhibit 1, part 2*

**From:** ███████████████

**Sent:** Wednesday, March 9, 2022 2:07 PM

**To:** mscottw@gmu.edu <mscottw@gmu.edu>

**Subject:** Need to schedule a hearing in Case # 2:20CV14

Ms. Scott,

Judge Sargent has granted your motions for hearing. The hearing will be held in person at U.S. District Court in Abingdon. The following are available dates on the court calendar, please let me know your availability.

March 21 at 10:00 a.m.; 10:30 a.m.; 11:00 a.m. or 1:30 p.m.
March 22 at 11:00 a.m. or 1:30 p.m.
March 24 at 10:00 a.m.; 10:30 a.m. or 11:00 a.m.

I also left you a voicemail regarding this matter at telephone number 540-692-2342. If you get this email, you do not need to respond to my voicemail.

Thank you,
Ella



Deputy in Charge/Courtroom Deputy
To Honorable Pamela Meade Sargent, Magistrate Judge

**United States District Court**
**Western District of Virginia**

Phone: 276-628-5116 ext 8104
Email: ███████████████

180 W. Main Street, Room 104
Abingdon, VA 24210

vawd.uscourts.gov