IN THE FOURTH CIRCUIT
COURT OF APPEALS

MELINDA SCOTT,           )
                         )
APPELLANT.               )
                         )
V.                       )        Case No. 21-2006
                         )
WISE CO. DSS,            )
ET AL.,                  )
                         )
APPELLEES.               )

## NOTICE

*COMES NOW*, Appellant, Melinda Scott, and files this notice to the court regarding her supplemental appeal filed 3/28/22.

All further filings regarding the supplemental appeal filed 3/28/22 have been delegated to Case No. 22-1343.

RESPECTFULLY SUBMITTED,

_____
Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

CERTIFICATE OF SERVICE

I, Melinda Scott, Plaintiff, do hereby certify that I have mailed a copy of this NOTICE to Counsel for Appellee Joshua Moon, at Matthew Hardin, 1725 I St. NW, Ste. 300, Washington D.C., 20006 AND to Christopher Dadak, counsel for Wise Co. DSS, at Christopher Dadak, GUYNN WADDELL CARROLL & LOCKABY, P.C., 415 South College Ave., Salem, VA 24153 on this _25th_____ day of _April_____, 2022.

SIGNED,

*[signature]*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

I ASK FOR THIS
RESPECTFULLY,

*[signature]*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

CERTIFICATE OF SERVICE

I, Melinda Scott, Appellant, do hereby certify that I have mailed a copy of this SUPPLEMENTAL APPEAL to Counsel for Wise County DSS, Christopher Dadak, GUYNN WADDELL CARROLL & LOCKABY, P.C., 415 South College Ave., Salem, VA 24153 on this __25th____ day of ___April_____, 2022.

SIGNED,

*[signature]*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342