FILED: March 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2006
(2:20-cv-00014-JPJ-PMS)
_____

MELINDA SCOTT

      Plaintiff - Appellant

v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered February 16, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*